**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 11, 2018.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-18-00940-CV

---

**SHIN JAE-HO, Appellant**

**V.**

**AMERICAN BUREAU OF SHIPPING, Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-54221**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 22, 2018. On November 21, 2018, appellant filed a motion to withdraw his notice of appeal and dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Busby, Brown, and Wise.